UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA K. WILLENS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. SACV 12-01122-JEM<br><br>**JUDGMENT** |

　　In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: January 22, 2013　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE